```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0426 GEB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND** |
| | **ORDER DISMISSING INDICTMENT** |
| SIERRA RODRIGUEZ, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: February 22, 2012      By: Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Kyle Reardon*
KYLE REARDON
Assistant United States Attorney

**O R D E R**

APPROVED AND SO ORDERED.

Date: 2/22/2012

_____
GARLAND E. BURRELL, JR.
United States District Judge